```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                          CASE NO. 07 B 14708
      JOHN WESLEY BROWN
                                                   CHAPTER 13

                                                   JUDGE: MANUEL BARBOSA

          Debtor
      SSN XXX-XX-1066


   ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

       1.  The case was filed on 08/14/07 .

       2.  The case was dismissed without confirmation, 11/01/2007.

   ------------------------------------------------------------------------------
   CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID
   ------------------------------------------------------------------------------
   HSBC MORTGAGE SERVICES     CURRENT MORTG            .00           .00          .00
   HSBC MORTGAGE SERVICES     MORTGAGE ARRE  NOT FILED               .00          .00
   AURORA EARTHMOVER CU       SECURED                  .00           .00          .00
   AURORA EARTHMOVER CU       MORTGAGE ARRE  NOT FILED               .00          .00
   EMC MORTGAGE               CURRENT MORTG            .00           .00          .00
   EMC MORTGAGE               MORTGAGE ARRE  NOT FILED               .00          .00
   EMC MORTGAGE               CURRENT MORTG            .00           .00          .00
   EMC MORTGAGE               MORTGAGE ARRE  NOT FILED               .00          .00
   INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED               .00          .00
   AAREN PEST CONTROL         UNSECURED      NOT FILED               .00          .00
   ACE HARDWARE CORP          UNSECURED      NOT FILED               .00          .00
   ALEXANDER LUMBER           UNSECURED      NOT FILED               .00          .00
   ALLSTATE                   UNSECURED      NOT FILED               .00          .00
   AQUA GOM                   UNSECURED      NOT FILED               .00          .00
   BENCHMARK BANK             UNSECURED      NOT FILED               .00          .00
   BRUMMEL TRUCKING           UNSECURED      NOT FILED               .00          .00
   BUIKEMAS ACE HARDWARE      UNSECURED      NOT FILED               .00          .00
   CAPITAL ONE BANK           UNSECURED      NOT FILED               .00          .00
   CAPITAL ONE BANK           UNSECURED      NOT FILED               .00          .00
   CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED               .00          .00
   ------------------------------------------------------------------------------
   CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID

   COMCAST                    UNSECURED      NOT FILED               .00          .00
   CBCS                       UNSECURED      NOT FILED               .00          .00
   DISCOVER BANK              UNSECURED      NOT FILED               .00          .00
   DOUGLAS CARPET ONE         UNSECURED      NOT FILED               .00          .00
   DREYER MEDICAL CLINIC      UNSECURED      NOT FILED               .00          .00
   FORD MOTOR CREDIT CO       UNSECURED      NOT FILED               .00          .00
   ARMOR SYSTEMS CORP         UNSECURED      NOT FILED               .00          .00
   HALOGEN SUPPLY             UNSECURED      NOT FILED               .00          .00
   INTERNAL REVENUE SERVICE   UNSECURED      NOT FILED               .00          .00
   KENDALL CO CONCRETE        UNSECURED      NOT FILED               .00          .00
   PEKIN INSURANCE            UNSECURED      NOT FILED               .00          .00
```

```
TRS RECOVERY SERVICES      UNSECURED       NOT FILED              .00          .00
PRO POWER                  UNSECURED       NOT FILED              .00          .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED       NOT FILED              .00          .00
SERVICE MAGIC              UNSECURED       NOT FILED              .00          .00
STEPHEN G BOHLER CPA       UNSECURED       NOT FILED              .00          .00
TRANSWORLD SYSTEMS         UNSECURED       NOT FILED              .00          .00
WASTE MANAGEMENT OF IL N   UNSECURED       NOT FILED              .00          .00
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, EDWARD J VARGA                , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/08            /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE



                              PAGE   2
            CASE NO. 07 B 14708 JOHN WESLEY BROWN